IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY J. MACKEY,

     Petitioner,                    No. CIV S-01-2299 FCD GGH P

  vs.

A.C. NEWLAND, et al.,

     Respondent.               ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 12, 2004, this court denied the petition. On January 8, 2007, the Ninth Circuit Court of Appeals reversed this order and remanded for this court to grant a conditional writ of habeas corpus instructing the state to either retry petitioner or release him from custody.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's application for a petition for writ of habeas corpus is granted;

/////

/////

/////

/////

1

     2. The state must, within 60 days, either commence new trial proceedings or release petitioner.

DATED: February 8, 2007.

/s/ Frank C. Damrell

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE